# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | | |
|---|---|---|
| **RICKY GREEN,** | : | |
| | : | |
| **Petitioner,** | : | **7:07-CV-5 (CAR)** |
| | : | **Petition under 28 U.S.C. § 2255** |
| | : | |
| **vs.** | : | **7:02-CR-7 (CAR)** |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent.** | : | |

_____

# ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 41] that Petitioner Green's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 be denied. Petitioner did not file any objections to the Report and Recommendation. However, on June 21, 2007, 36 days after the United States Magistrate Judge issued his Report and Recommendation [Doc. 41] and 45 days after the Government filed its Response to Petitioner's Motion [Doc. 40], Petitioner filed a Reply to the Response [Doc. 43]. Although the Reply was not timely filed as either a Reply or an Objection to the Recommendation, the Court will liberally construe the Reply as an Objection to the Recommendation in light of the fact that Petitioner is proceeding without an attorney. Powell v. Lennon, 914 F.2d 1459, 1463 (11th Cir. 1990) (stating that "[i]n the case of a *pro se* action . . . the court should construe the complaint more liberally than it would formal pleadings drafted by lawyers.").

Having considered all of the briefs of the parties, the United States Magistrate Judge's Report and Recommendation, and Petitioner's proffered objections thereto (which merely restate his original claims that the United States Magistrate Judge thoroughly addressed in his Report and Recommendation), this Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation that Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence Pursuant to 28 U.S.C. § 2255 be denied is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 14th day of August, 2007.

/s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA

EHE/ssh